**DISMISSED and Opinion Filed March 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00914-CV

**CLEAR-VIEW TECHNOLOGIES, INC., Appellant**

**V.**

**GLOBAL SUPPLY CHAIN SOLUTIONS, LLC, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13751-I**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By order dated August 31, 2012, the Court granted the motion to withdraw filed by counsel for appellant. We ordered appellant to provide the Court with the name and contact information of new counsel within thirty days. Appellant filed a motion for an extension of time to provide the requested counsel information. On November 9, 2012, the Court denied appellant's motion; but on the Court's own motion, we gave appellant forty-five days to provide the information regarding new counsel. We cautioned appellant that failure to provide the requested information within the time specified would result in dismissal of its appeal.

A corporation may only appear in this Court through counsel. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). As of today's

date, the Court has not received the requested information regarding counsel for appellant.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


120914F.P05

2



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CLEAR-VIEW TECHNOLOGIES, INC., Appellant

No. 05-12-00914-CV          V.

GLOBAL SUPPLY CHAIN SOLUTIONS, LLC, Appellee

On Appeal from the 162nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-11-13751-I.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, GLOBAL SUPPLY CHAIN SOLUTIONS, LLC, recover its costs of this appeal from appellant, CLEAR-VIEW TECHNOLOGIES, INC..

Judgment entered March 21, 2013.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE